UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICROMEDIA B.V.,

    Plaintiff,

v.

BYTESHIELD, INC. et al,

    Defendants.
_____/

No. C-10-3861 (EDL)

**ORDER APPOINTING COUNSEL**

    Because defendant Byteshield, Inc. has requested and is in need of counsel to assist in this matter and volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, attorneys Stephen Sutro, Jennifer Briggs Fisher and William Kennedy of Duane Morris LLP are hereby appointed as counsel for the defendant in this matter.

    Defendant shall file its answer within four weeks of the date of this Order. Defendant shall also file a consent or declination to magistrate jurisdiction within four weeks of the date of this Order.

    **IT IS SO ORDERED.**

Dated: November 5, 2010

    _____
    ELIZABETH D. LAPORTE
    UNITED STATES MAGISTRATE JUDGE