WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MICROMEDIA B.V., a corporation of The Netherlands, *dba* MICROMEDIA A.D.S., <br><br> Plaintiff, <br><br> vs. <br><br> BYTESHIELD, INC., a California Corporation, and Does 1 through 10, <br><br> Defendant. | CASE NO. 3:10-cv-3861 EDL <br><br> *Honorable Elizabeth D. Laporte* <br><br> [PROPOSED] ORDER ALLOWING PLAINTIFF TO APPEAR TELEPHONICALLY AT DECEMBER 7, 2010 INITIAL CASE MANAGEMENT CONFERENCE <br><br> DATE: December 7, 2010 <br> TIME: 10:00 a.m. <br> CTRM.: "E" |

/ / /

/ / /

/ / /

1  Having reviewed and considered Plaintiff's Request to Telephonically Appear
2  at the December 7, 2010 Initial Case Management Conference, and good cause
3  appearing therefor, **IT IS HEREBY ORDERED THAT**:

5  Plaintiff MICROMEDIA B.V., a corporation of The Netherlands, *dba*
6  MICROMEDIA A.D.S. shall appear telephonically at the Initial Case Management
7  Conference at 10:00 a.m. in Courtroom "E" of the above-entitled Court.

9  **IT IS SO ORDERED.**

12  DATED: November 10, 2010

_____
Hon. Elizabeth D. Laporte
United States ~~District Court~~ Judge

17  DATED: November 8, 2010   WASSERMAN, COMDEN,
                              CASSELMAN & ESENSTEN, L.L.P.
                              ROBERT L. ESENSTEN
                              KATHRYN S. MARSHALL

                              By: _____
                                   ROBERT L. ESENSTEN
                              Attorneys for Plaintiff, MICROMEDIA B.V., a
                              corporation of The Netherlands, *dba*
                              MICROMEDIA A.D.S.

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033