WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MICROMEDIA B.V., a corporation of The Netherlands, *dba* MICROMEDIA A.D.S., <br><br> Plaintiff, <br><br> vs. <br><br> BYTESHIELD, INC., a California Corporation, and Does 1 through 10, <br><br> Defendant. | CASE NO. 3:10-CV-03861 EDL <br><br> *[Assigned to the Honorable Elizabeth D. Laporte, Ctrm. "E"]* <br><br> ~~[PROPOSED]~~ **ORDER RE STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| AND RELATED CROSS-ACTION | |

26 ///

27 ///

28 ///

979543.1

[PROPOSED] ORDER RE STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties hereto, Plaintiff may file its Second Amended Complaint in the above-referenced action.

DATED: March 10, 2011

By: *Elizabeth D. Laporte*
HONORABLE ELIZABETH D. LAPORTE
JUDGE OF THE UNITED STATES DISTRICT COURT