Stephen H. Sutro (SBN 172168)
Jennifer Briggs Fisher (SBN 241321)
Jessica Arlauckas Bohl (SBN 250883)
William J. Kennedy (SBN 275178)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001
E-mail:   shsutro@duanemorris.com
          jbfisher@duanemorris.com
          jabohl@duanemorris.com
          wjkennedy@duanemorris.com

Attorneys for ByteShield, Inc., Defendant and Counter-Complainant; Jan Samzelius and Christian Olsson, Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROMEDIA, B.V., a corporation of The Netherlands, dba MICROMEDIA A.D.S., <br><br> Plaintiff, <br><br> v. <br><br> BYTESHIELD, INC., a California corporation; JAN SAMZELIUS, an individual; and CHRISTIAN OLSSON, an individual, <br><br> Defendants. <br> BYTESHIELD, INC., <br><br> Counter-Complainant, <br><br> v. <br><br> MICROMEDIA, B.V., a corporation of The Netherlands, dba MICROMEDIA A.D.S., <br><br> Counter-Defendant. | Case No.: 10-CV-03861 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER CHANGING THE TIME REQUIRED UNDER LOCAL RULE 7-2** <br><br> Date:         April 25, 2011 <br> Time:        1:30 p.m. <br> Courtroom: E <br><br> Judge:            Hon. Elizabeth D. Laporte <br> Complaint Filed:   August 27, 2010 |

WHEREAS, pursuant to a stipulation between the parties, Plaintiff Micromedia, B.V. filed its Second Amended Complaint ("Complaint") on March 10, 2011;

WHEREAS the parties agreed at that time that a hearing on any responsive motions filed by Defendants ByteShield, Inc., Jan Samzelius and Christian Olsson could be set for April 26, 2011;

WHEREAS Civil Local Rule 7-2(a) generally requires that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion";

WHEREAS counsel for Defendants have been informed that Judge Laporte is unavailable on April 26, 2011, but law and motion matters will be heard at 1:30 p.m. on April 25, 2011;

WHEREAS Defendants filed a Motion to Dismiss on March 22, 2011, which is 34 days before the date on which this motion could be heard;

WHEREAS Civil Local Rule 6-2 provides that the parties may file a stipulated request for an order accelerating the time frames set forth in the Local Rules;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel as follows:

1. Defendants filed a Motion to Dismiss the Complaint on March 22, 2011.
2. Plaintiff will file its opposition on April 5, 2011, fourteen days after service of the motion.
3. Defendants will file their reply brief on April 11, 2011, six days after service of the opposition and fourteen days in advance of the hearing.
4. A hearing on Defendants' Motion to Dismiss will be set for April 25, 2011 at 1:30 p.m. before Judge Laporte.

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  DATED:    March 23, 2011              WASSERMAN,COMDEN,CASSELMAN &
                                         ESENSTEN, L.L.P.
4                                            ROBERT L. ESENSTEN
                                             KATHRYN S. MARSHALL
5
                                         By:       /s/ Kathryn S. Marshall
6                                        KATHRYN S. MARSHALL
                                         Attorneys for Plaintiff, MICROMEDIA B.V.,
7                                        a corporation of The Netherlands, *dba*
                                         MICROMEDIA A.D.S.
8

9  DATED:    March 23, 2011              DUANE MORRIS, LLP
                                             STEPHEN H. SUTRO
10                                           JENNIFER B. FISHER
                                             JESSICA ARLAUCKAS BOHL
11

12                                       By:       /s/ Jennifer B. Fisher
                                         JENNIFER B. FISHER
13                                       Attorneys for Defendant, BYTESHIELD,
                                         INC.
14

15    PURSUANT TO STIPULATION, IT IS SO ORDERED.

16
    DATED:    March 24, 2011            _____
17                                       Elizabeth Laporte
                                         United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

DM1\2556954.1                            3                      CASE NO.: 10-CV-03861 EDL
           STIPULATION AND [PROPOSED] ORDER CHANGING THE TIME REQUIRED UNDER L.R. 7-2