UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICROMEDIA B.V.,

    Plaintiff,

v.

BYTESHIELD, INC. et al,

    Defendants.
_____/

No. C-10-3861 EDL

**AMENDED ORDER REGARDING REIMBURSEMENT OF COSTS FOR PRO BONO COUNSEL**

Pro bono counsel for Defendant and Cross-Complainant Byteshield, Inc. has requested reimbursement of $2,354.43 in costs for two deposition transcripts. Pursuant to the Guidelines for the Federal Pro Bono Project of the United States District Court for the Northern District of California at § 11, any single expense in excess of $1,000 must be approved by the trial court, and reimbursement requests should be liberally considered. Based on the representations of pro bono counsel, the Court finds that there is good cause for reimbursement of the expenses sought, and hereby Orders reimbursement of the full amount of $2,354.43. This amended Order supercedes Docket No. 51.

**IT IS SO ORDERED.**

Dated: May _17_, 2011

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE