1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

MICROMEDIA B.V., a corporation of The Netherlands, *dba* MICROMEDIA A.D.S.,

Plaintiff,

vs.

BYTESHIELD, INC., a California Corporation, and Does 1 through 10,

Defendant.

_____

AND RELATED CROSS-ACTION

CASE NO. 3:10-CV-03861 EDL

*[Assigned to the Honorable Elizabeth D. Laporte, Ctrm. "E"]*

**[~~PROPOSED~~] ORDER RE STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

///
///
///

996383.1

1

# [~~PROPOSED~~] ORDER

2

3       IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties hereto,

4 Plaintiff may file its Third Amended Complaint in the above-referenced action.

5

6 DATED:  August _9_, 2011

7

8       By:_____

9            HONORABLE                    TE
           JUDGE OF THE U                    T COURT



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

[*PROPOSED*] ORDER RE STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

**CERTIFICATION OF SERVICE**

I hereby certify that on August 4, 2011, I electronically filed [*PROPOSED*] **ORDER RE STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** with the Clerk of the Court by using the CM/ECF system.

Respectfully submitted,


/s/ *Kathryn S. Marshall*
KATHRYN S. MARSHALL

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033