UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICROMEDIA B.V

    Plaintiff(s),                                             No. 10-03861(EDL)

    v.                                                 **JUDGMENT**

BYTESHIELD INC

    Defendant(s).

       This action came before the Court, the undersigned Magistrate Judge, presiding. On September 8, 2011, the parties notified the Court that they reached a settlement of the matter and requested entry of judgment pursuant to the terms of the Revised Offer of Compromise signed by the parties on September 30, 3011. See Docket No. 60. Consequently, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered as specified in the Revised Offer of Compromise.

       IT IS SO ORDERED.

Dated: September 9, 2011

                                                            ELIZABETH D. LAPORTE
                                                            United States Magistrate Judge

Judg.For